June 13, 2008

Mr. Richard E. McGary
Scheef & Stone, L.L.P.
5956 Sherry Lane, Ste. 1400
Dallas, TX 75225

Mr. Frank G. Giunta
Demarest, Smith & Giunta, P.L.L.C.
2626 Cole Avenue, Suite 850
Dallas, TX 75204
Mr. Steven K. Hayes
Cotten Schmidt, L.L.P.
420 Throckmorton, Suite 500
Ft. Worth, TX 76102-4127

RE: Case Number: 04-0871
 Court of Appeals Number: 02-03-00038-CV
 Trial Court Number: 48-186361-01

Style: GENERAL ELECTRIC COMPANY
 v.
 ARTHUR LEE MORITZ

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause. (Justice O'Neill not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Stephanie |
| |Robinson |
| |Mr. Thomas A. |
| |Wilder |